STATE OF NEW JERSEY v. COLIN WOOTEN.

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. EMANUEL EARLE.

February 17, 1971. Petition for certification granted. (See 112 *N. J. Super.* 523).

SPRUCE STREET ASSOCIATES v. TOWNSHIP OF LAKEWOOD, *ET AL.*

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS B. KING.

February 17, 1971. Petition for certification granted. (See 112 *N. J. Super.* 138).

STATE OF NEW JERSEY v. NORMAN DENNIS JOHNSON.

February 17, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES (EDWARD L.) DUNNING.

February 17, 1971. Petition for certification denied.